UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCINDA O'DEA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>ALCHEMEE LLC, et al.<br><br>                Defendants. | Case No. 1:24-cv-02755<br><br>Judge: Hon. Jeffrey I. Cummings<br><br>Mag.: Hon. Keri L. Holleb Hotaling |

**JOINT MOTION TO TRANSFER TO THE
UNITED STATES DISTRICT COURT FOR THE
<u>CENTRAL DISTRICT OF CALIFORNIA</u>**

      Plaintiff Lucinda O'Dea and Defendants Alchemee LLC and Taro Pharmaceuticals U.S.A., Inc., by and through their attorneys, hereby move the Court for entry of an Order transferring this case to the Central District of California pursuant to 28 U.S.C. § 1404. In support, the Parties respectfully state:

1.     Plaintiff filed her Complaint against Defendants on April 5, 2024. ECF No. 1.

2.     In doing so, Plaintiff alleged that Defendants manufacture, distribute, advertise, market, and sell Proactiv® acne-treatment products containing benzoyl peroxide ("BPO") that degrade to benzene, a carcinogen. *Id.* ¶ 1.

3.     Plaintiff alleges that her claims are supported, in-part, by Valisure, LLC's findings that numerous companies' (including Defendant's) acne-treatment products degrade to benzene. *Id.* ¶ 48.

4. Over thirty (30) lawsuits have been filed across the county against various defendants under similar theories. *See, e.g.*, MDL 3120, *In re Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, ECF No. 1.

5. Several other lawsuits have been filed against Defendants based on similar allegations. *See Howard v. Alchemee LLC* ("*Howard*"), No. 2:24-cv-1834-SB-BFM (C.D. Cal., filed Mar. 6, 2024); *Heermann v. Alchemee LLC*, No. 4:24-cv-00195-BCW (W.D. Mo., filed Mar. 19, 2024); *Ramos v. Alchemee LLC*, No. 5:24-cv-02230-BLF (N.D. Cal., filed Mar. 7, 2024); *Teron v. Alchemee LLC*, No. 5:24-cv-01918-BLF (N.D. Cal., filed Mar. 28, 2024); *Judt v. Alchemee LLC* ("*Judt*"), No. 7:24-cv-02718 (S.D.N.Y., filed Apr. 10, 2024 and voluntarily dismissed June 20, 2024).

6. As a result, on May 22, 2024, a petition was filed to the JPML by numerous plaintiffs for a motion for transfer of actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL petition"). *See* MDL 3120, *In re Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, ECF No. 1 at 2.

7. On June 12, 2024, Defendants filed a motion to transfer this case to the Southern District of New York pursuant to 28 U.S.C. § 1404 in light of the pendency there of the *Judt* case in Defendants' home jurisdiction. ECF No. 19.

8. On June 13, 2024, the Parties filed a Joint Motion to Stay Pending MDL Determination. ECF No. 21. The Court granted this motion on June 14, 2024 and ordered the Parties to file a joint status report within 14 days of the resolution of the MDL petition. ECF No. 22. In addition, the Court dismissed Defendants'

Motion to Transfer "without prejudice" and "with leave to re-file at a later date as appropriate." *Id.*

9. On June 20, 2024, *Judt* was voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Judt*, ECF No. 16.

10. On August 1, 2024, the JPML declined to centralize all BPO cases and denied the MDL petition. *See* MDL 3120, *In re Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, ECF No. 117. In that Order, the JPML encouraged ongoing efforts by defendants "to organize the litigation on a defendant-specific basis by seeking to transfer claims against them to either their home jurisdictions or the jurisdictions in which the first-filed action is pending." *Id.* at 3.

11. In light of the JPML's decision, as well as the voluntary dismissal of *Judt*, which had been pending in Defendants' home jurisdiction, Defendants and Plaintiff agree that the Section 1404 factors support transfer of this case to the Central District of California, where *Howard*, the first-filed action against Defendants, is pending.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to Transfer to the United States District Court for the Central District of California.

Dated: August 12, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**

*/s/ Philip Fraietta*        (with consent)
Philip Fraietta
1330 Avenue of the Americas
32nd Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

3

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Russell M. Busch
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (630) 796-0903
Email: rbusch@milberg.com
gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Tel: (313) 303-3472
Email: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
J. Hunter Bryson
405 E 50th Street
New York, NY 10022
Telephone: (630) 796-0903
Email: hbryson@milberg.com

*Attorneys for Plaintiff*


**TUCKER ELLIS LLP**

*/s/ James R. Shultz*
James R. Shultz (ARDC No. 6304006)
jay.shultz@tuckerellis.com
Sherry A. Knutson (ARDC No. 6276306)
sherry.knutson@tuckerellis.com
TUCKER ELLIS LLP
233 S. Wacker Drive, Suite 6950
Chicago, Illinois 60606
Telephone:  (312) 624-6300
Facsimile:   (312) 624-6309

**WILLIAMS & CONNOLLY LLP**
David S. Kurtzer-Ellenbogen
(*pro hac vice*)
dkurtzer@wc.com
Paul E. Boehm (*pro hac vice forthcoming*)

4

pboehm@wc.com
Jessica Bodger Rydstrom
(*pro hac vice forthcoming*)
jrydstrom@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Street, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendants*

5

## CERTIFICATE OF SERVICE

The foregoing **Joint Motion to Transfer** was filed electronically on August 12, 2024. Service has been made of all documents required to be served by Fed. R. Civ. P. 5(a) in a manner authorized by Fed. R. Civ. P. 5(b) and (c) by operation of the Court's electronic filing system pursuant to L.R. 5.9. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated: August 12, 2024 | Respectfully submitted, |
| | */s/ James R. Shultz* |
| | James R. Shultz (ARDC No. 6304006) |
| | jay.shultz@tuckerellis.com |
| | TUCKER ELLIS LLP |
| | 233 S. Wacker Drive, Suite 6950 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 624-6300 |
| | Facsimile: (312) 624-6309 |